No. 444, Misc. Moss v. Swygert, U. S. District Judge. The motion for leave to file petition for writ of mandamus is denied.

No. 445, Misc. Cordts v. Ragen, Warden. The motion for leave to file petition for writ of certiorari is denied.

No. 547, Misc. Berry v. Florida. The petition for a stay of execution of the sentence of death is denied.

*Certiorari Granted.*

No. 567. Stemmer v. New York; and

No. 568. Krakower v. New York. Court of Appeals of New York. Certiorari granted. *Arthur Garfield Hays, Osmond K. Fraenkel* and *Sidney Struble* for petitioner in No. 567; and *Harry G. Anderson* and *Harris B. Steinberg* for petitioner in No. 568. *Frank S. Hogan* and *Whitman Knapp* for respondent.

No. 578. Oakley v. Louisville & Nashville Railroad Co. et al.; and

No. 579. Haynes v. Southern Railway System et al. C. A. 6th Cir. Certiorari granted. *Solicitor General Perlman* for petitioners. *C. S. Landrum* for respondent in No. 578; *Carl M. Jacobs* and *W. S. MacGill* for respondent in No. 579; and *James Park, Frank L. Mulholland, Clarence M. Mulholland* and *Willard H. McEwen* for System Federations Nos. 21 and 91, Railway Employes' Department, A. F. of L., respondents.

No. 400, Misc. Cassell v. Texas. Court of Criminal Appeals of Texas. Certiorari granted.